Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29584−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jimmy G Samaniego
   112 S. 1st Street
   Harrison, NJ 07029

Social Security No.:
   xxx−xx−8177

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/15/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 15, 2017
JAN: env

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-29584-SLM
Jimmy G Samaniego                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Dec 18, 2017
                              Form ID: 148             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
```
db          +Jimmy G Samaniego,   112 S. 1st Street,   Harrison, NJ 07029-1712
cr          +Ascension Capital Group Attn: Capital One Auto Fin,   PO BOX 165028,   Irving, TX 75016-5028
cr          +U.S. Bank National Association, as Trustee for CSF,   c/o Stern & Eisenberg, PC,
              1040 N. Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
517138548   +Capital One Auto Finance, c/o AIS Portfolio Servic,   P.O. Box 4360,   Houston, TX 77210-4360
517089101   +Millstead and Associates, LLC,   1 East Stow Road,   Marlton, NJ 08053-3118
517159067   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517155665   +U.S. Bank National Association,   Nationstar Mortgage LLC d/b/a Mr. Cooper,
              Attn: Bankruptcy Dept,   PO Box 619096,   Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2017 22:55:20    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2017 22:55:17    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517106738   +EDI: AISACG.COM Dec 18 2017 22:38:00    Capital One Auto Finance,   Ascension Capital Group,
              P.O. Box 165028,   Irving, TX 75016-5028
                                                                                             TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:
```
              Aileen  Perez    on behalf of Debtor Jimmy G Samaniego aperezesq@yahoo.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association, as Trustee for CSFB
               Mortgage-Backed Pass-Through Certificates, Series 2005-8 skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```